

Memorandum

---

| Subject | Date |
|---|---|
| Writ of Habeas Corpus | |
| <u>U.S. v. Yasmine Marie Adel Hider</u> | December 1, 2022 |
| Case No. 1:22-CR-00418-RDP-NAD | |

|  | /s/ |
|---|---|
| To: Clerk of the Court | From: Jonathan S. Cross |
| Northern District of Alabama | Assistant U.S. Attorney |

    Please cause a Writ of Habeas Corpus Ad Prosequendum to be issued to the Clay County Jail, Ashland, AL for Yasmine Marie Adel Hider, to appear before this court in the above case for Arraignment on December 15, 2022, at 9:30am before Magistrate Judge Nicholas A. Danella.

<u>cc: USMS</u>