### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Case No: 1:22-cr-418-RDP-NAD** |
| | ) | |
| **YASMIN MAIRA-DEL HIDER** | ) | |

### NOTICE OF APPEARANCE

COMES NOW, undersigned counsel, Robin P. Robertson, Assistant Federal Public Defender for the Northern District of Alabama, and enters her notice on behalf of Defendant, Yasmin Maira-Del Hider, in the above-styled case.

This 05th day of December, 2022.

Respectfully submitted,

KEVIN L. BUTLER
Federal Defender

**/s/ Robin P. Robertson**
Robin P. Robertson
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170
robin_robertson@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on December 05, 2022**,** I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

**/s/ Robin P. Robertson**