IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | Case No: 1:22-cr-418-RDP-NAD |
| | ) | |
| **YASMIN MAIRA-DEL HIDER** | ) | |

### NOTICE OF APPEARANCE

COMES NOW, undersigned counsel, Jake Watson, Assistant Federal Defender, Office of the Federal Public Defender for the Northern District of Alabama, and enters his notice on behalf of Defendant, Yasmin Maira-Del Hider, in the above-styled case.

This 05th day of December, 2022.

Respectfully submitted,

KEVIN L. BUTLER
Federal Defender

**/s/Jake Watson**
Jake Watson
Assistant Federal Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
205-208-7170
Jake_Watson@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on December 05, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

**/s/Jake Watson**