FILED
2022 Dec-05  AM 09:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | **Case No: 1:22-cr-418-RDP-NAD** |
| | ) | |
| YASMIN MAIRA-DEL HIDER | ) | |

## NOTICE OF APPEARANCE

COMES NOW, undersigned counsel, Mia Gettenberg, Assistant Federal Public Defender for the Northern District of Alabama, and enters her notice on behalf of Defendant, Yasmin Maira-Del Hider, in the above-styled case.

This 05th day of December, 2022.

Respectfully submitted,

KEVIN L. BUTLER
Federal Defender

## /s/ Mia Gettenberg

Mia Gettenberg
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170 Office
Mia_Gettenberg@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 05, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

## /s/ Mia Gettenberg