UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
<u>EASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )   Case No. 1:22-cr-418-RDP-NAD |
| | ) |
| **YASMINE MARIE ADEL HIDER** | ) |

<u>**NOTICE OF THE UNITED STATES**</u>
<u>**REGARDING THE DEATH PENALTY**</u>

The United States hereby provides notice that it will not seek the death penalty against Defendant Yasmine Marie Adel Hider.

Respectfully Submitted

PRIM F. ESCALONA
United States Attorney

*/s/electronic signature*
JONATHAN S. CROSS
Assistant United States Attorney

*/s/electronic signature*
JOHN B. FELTON
Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I certify that on this date I filed this document with the United States District Court for the Northern District of Alabama using the CM/ECF system and thereby caused a copy to be served on the defendant's counsel of record.

                                    PRIM F. ESCALONA
                                    United States Attorney

                                    */s/electronic signature*
                                    JONATHAN S. CROSS
                                    Assistant United States Attorney

                                    */s/electronic signature*
                                    JOHN B. FELTON
                                    Assistant United States Attorney