IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| vs. | )  Case No: 1:22-CR-418-RDP-NAD |
| | ) |
| **YASMINE MARIE-ADEL HIDER,** | ) |

### UNOPPOSED SECOND MOTION TO CONTINUE

Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(vi), Yasmine Marie-Adel Hider, by and through her attorney, and moves this Honorable Court without opposition to continue the current trial setting of June 5, 2023, and as grounds therefore states as follows:

1. On December 15, 2022, Ms. Hider was arraigned on a four-count indictment in the instant case alleging counts of murder in the first degree, kidnapping, robbery, and discharging a firearm in relation to a crime of violence. (Doc. 1)

2. The discovery in this case is voluminous. To date, undersigned counsel has received over 65 gigabytes of discovery including documents, videos, audio recordings, photos, and mobile phone extractions. Undersigned counsel requires significant time to process and review the discovery with Ms. Hider.

3. Despite the exercise of due diligence, the Federal Public Defender's Office requires additional time to complete its investigation, to confer with Ms. Hider, and to prepare the constitutionally required defense.

4. In light of outstanding issues that must be resolved prior to proceeding to trial, Ms. Hider asserts that the ends of justice are served by granting a continuance and outweigh the best interest of the public and Ms. Hider in a speedy trial at the current trial date.

5. On January 17, 2023, Ms. Hider filed an unopposed motion to continue and waiver of speedy trial. (Doc. 15)

6. On January 18, 2023, the court granted Ms. Hider's unopposed motion to continue. The court set the case for the June 5, 2023, trial docket. (Doc. 16)

7. Requests for a continuance are addressed at the sound discretion of the trial court. *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), reh. denied 749 F.2d 733, cert. denied 471 U.S. 1100 (1985). A continuance in order to allow defendant, "the reasonable time necessary for effective preparation" for trial is one of the factors considered significantly by the Speedy Trial Act. *United States v. Davenport*, 935 F.2d 1223, 1235 (11th Cir. 1991); 18 U.S.C. § 3161(h)(8)(B)(iv). The Eleventh Circuit has repeatedly recognized that a continuance in order to provide adequate preparation by counsel serves the ends of justice. *United States v. Goetz*, 826 F.2d 1025, 1028 (11th Cir. 1987) (upholding, against speedy trial claim, continuance of eighty days to allow new counsel to prepare for trial); *United States v. Elkins*, 795 F.2d 919, 924 (11th Cir. 1986) (same); *United States v. Sarro*, 742 F.2d 1286, 1300 (11th Cir. 1984).

8. Counsel for Ms. Hider has spoken with the Assistant United States Attorney in this case, and the Government does not oppose Ms. Hider's request for continuance.

Accordingly, Ms. Hider requests that this Honorable Court grant the requested relief and continue the trial setting, as well as all related settings and deadlines, by no fewer than 90 days.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender

/s/Robin P. Robertson
ROBIN P. ROBERTSON
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street, North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170
Robin_Robertson@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

Respectfully submitted,

**/s/Robin P. Robertson**
Assistant Federal Public Defender