IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:22-cr-00418-RDP-NAD |
| ) | |
| YASMINE MARIE ADEL HIDER ) | |

### STIPULATION REGARDING FEDERAL TERRITORIAL JURISDICTION

On May 16, 2023, the Government filed a motion asking the Court to take judicial notice of federal territorial jurisdiction in Ms. Yasmine Hider's case under Federal Rule of Evidence 201(c)(1). (Doc. 19). Counsel for Ms. Hider has reviewed the Government's motion and exhibits and does not object.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender
Northern District of Alabama

**/s/ Robin P. Robertson**
Robin P. Robertson
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170
Robin_Robertson@fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that on May 26, 2023, I electronically filed the foregoing with the Clerk of the Court via this Court's CM/ECF system, which will provide notification of such filing to all parties and counsel of record.

    Respectfully submitted,

    **/s/ Robin P. Robertson**